UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



**UNITED STATES OF AMERICA**

v.                    CRIMINAL NO. 2:18-00163
                      21 U.S.C. § 843(a)(3)
                      18 U.S.C. § 2

**TERESA EMERSON, FNP**

I N F O R M A T I O N

The United States Attorney Charges:

**(Aiding and Abetting Obtaining
Controlled Substances by Fraud)**

1. At all relevant times, defendant TERESA EMERSON, FNP, was a licensed family nurse practitioner who held a Virginia nursing license. Defendant TERESA EMERSON, FNP, was authorized to prescribe controlled substances for a legitimate medical purpose in the usual course of professional medical practice and within the bounds of medical practice under the supervision of a licensed physician.

2. Defendant TERESA EMERSON, FNP, worked as a nurse practitioner for HOPE Clinic in Wytheville, Virginia, starting in or about September 2014 through June 12, 2015.

3. On or about February 4, 2015, at or near Gilbert, Mingo County, West Virginia, within the Southern District of West Virginia, a person known to the United States Attorney, aided and abetted by defendant TERESA EMERSON, FNP, knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3), and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: /s/ Monica D. Coleman
MONICA D. COLEMAN
Assistant United States Attorney