**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**



FILED

AUG 2 1 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:18-cr-00163

TERESA EMERSON,

                Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of Debra A. Kilgore, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: 8/21/18

                                  DEFENDANT

WITNESS:

                                    COUNSEL FOR DEFENDANT